IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

01 MAR 23 AM 9:07

HUGH DEAN MINGO, )
)
        Petitioner, )
)
vs )  CIVIL ACTION NO. 98-N-3042-E
)
WARDEN J. L. SIVLEY, et al, )
)
        Respondents. )

**MEMORANDUM OF OPINION**

ENTERED
MAR 23 2001

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 22nd day of March, 2001.

_____
EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE

